# United States Court of Appeals
## For the First Circuit

No. 16-1305

JOHN RIFE,

Plaintiff, Appellant,

v.

ONE WEST BANK, F.S.B.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; INDY MAC MORTGAGE SERVICES; DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee/Master Servicer,

Defendants, Appellees.

**ERRATA SHEET**

The opinion of this Court issued on September 29, 2017 is amended as follows:

On page 2, line 20, change "see" to "_see_"